U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 04 2013

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

Amanda U. Levy
General Delivery
Sacramento, CA 95812
Cell (310) 254-8028
amandaulevy@gmail.com

13-5046

February 25, 2013

Walmart Stores, Inc.
702 SW 8th Street
Bentonville, Arkansas 72716-8611
Corporate Phone Number: 1-800-925-6278 or 1-479-273-4000
Attention: Enrique Ostalé, CEO

In the United States Western District Court of Arkansas at Fayetteville

| Amanda U. Levy | }Judge |
| Plaintiff | }Magistrate Judge |
| Vs. | }No. |
| Walmart Stores, Inc. | }COMPLAINT |
| DEFENDANT | }BREACH OF CONTRACT |
| | }PERSONAL INJURIES |
| | }DISCRIMINATION |
| | }ASSAULT AND BATTERY |

## COMPLAINT

1). On or before August 31, 2012, Plaintiff visited one of Defendants' stores at 4101 Crenshaw Blvd, Los Angeles. She was there to buy more bras. Plaintiff had sued a reputable company in June 2012 for reneging on their promise to allow Plaintiff to model bras and corsets. Since then, Plaintiff has been modeling different types of bras and posting them on her web sites. When she attempted to try some bras, one of Defendant's sales persons (African American woman) banned her. In the past, the same Defendant had allowed her try bras in Defendant's dressing room. Given that every designer is different, Plaintiff wears different sizes like double Ds, triple Ds or Gs. Next, Plaintiff asked to speak to her supervisor. And she summoned her. Still, Defendant's supervisor (Hispanic woman) banned Plaintiff. Next, both women shooed and shoved Plaintiff out of the premises. They also banned her from Defendant's store. Consequently, she fell, injuring her ankle. Because of her physical disability, some women enjoy bullying Plaintiff. Her own son has outgrown her in age and height. I

COMPLAINT

1

AMANDA U. LEVY

believe Defendant premeditated to bully me. I have no idea how they heard about my lawsuit regarding modeling bras and corsets. Hence, they became insanely jealous. Apart from promoting the economy, lawsuits are supposed to make us better citizens. It's one human race. They also help us accommodate persons with physical disabilities. Thank you, Your Honor.

### Discrimination in Public Accommodation

The Civil Rights Act prohibits discrimination or segregation in places of public accommodation. Generally, places of public accommodation are businesses or buildings that are open or offer services to the general public. These facilities can be publicly or privately owned and operated. Federal, state and local governments own and operate facilities such as courthouses, jails, hospitals, parks, and other places. They also provide services, programs, or activities including transportation systems and welfare programs. Privately-owned businesses and facilities offer certain goods or services to the public. Food, lodging, gasoline, and entertainment also come under the definition of places of public accommodation. Section 2000a of Title 42, Chapter 21 of the U.S. Code (42 USC 21) prohibits discrimination or segregation in places of public accommodation. Under this provision, all persons are entitled to full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation without any discrimination or segregation based on race, color, religion, or national origin. Many private establishments serving the public are considered places of public accommodation. Such private places include:

- inns, hotels, motels, or other organizations that provide accommodation to temporary visitors
- restaurants, cafeterias, lunchrooms, lunch counters, soda fountains, or other facilities providing food for consumption
- motion picture houses, theaters, concert halls, sports arenas, stadiums or other places of exhibition or entertainment

*Plaintiff suffered discrimination based upon her national origin and physical disability. Her father was Nigerian.*

### ASSAULT AND BATTERY

The law considers an assault and battery to be an invasion of the personal security of the victim for which the wrongdoer is required to pay for damages. The determination of the amount of damages to which a victim might be entitled if a defendant is found civilly liable is usually made by a jury. Generally, a plaintiff is entitled to <u>Compensatory Damages</u> that compensate for injuries that are both directly and indirectly related to the

COMPLAINT

AMANDA U. LEVY

2

wrong. Examples of compensatory damages include damages for pain and suffering, damages for medical expenses, and damages for lost earnings resulting from the victim's inability to work. Nominal damages, given although there is no harm at all, or merely a slight one, may also be awarded in an assault and battery action. Some jurisdictions allow the award of <u>Punitive Damages</u>. They are often given when the offense was committed wantonly or maliciously to punish the defendant for the wrongful act and to deter others from engaging in similar acts in the future. The defendant might additionally be subject to criminal liability.

*Defendant assaulted and battered Plaintiff. Shooing and shoving are both assaults and batteries. They caused Plaintiff's fall.*

## NEGLIGENCE

It describes a situation when someone accidently does something wrong, which causes someone else to get hurt. A person can be held liable for any damages they cause through their careless (or "negligent") behavior.
*Defendant was negligent.*

## PERSONAL JURISDICTION

This court has personal jurisdiction. A person is subject to in personam jurisdiction for the following reason: Domicile (residence) alone is a basis for exercising jurisdiction over an absent domiciliary. (Milliken v. Meyer, 311 U.S. 457, 61 S.Ct. 339, 85 L.Ed. 278 (1940).) I.e., a person may always be sued for all claims, regardless of where they arise, in their state of permanent residence or in the case of a corporation, the state in which it is incorporated.

*Defendant has their corporate office in Arkansas. Defendant is a corporation.*

## DEFENDANT BREACHED OUR ORAL CONTRACT

In order to form an enforceable *oral* contract "the parties must have entered into an agreement which is sufficiently definite and certain so that the terms are either determined or may be implied." *Kraftco Corp. v. Kolbus*, 1 Ill.App.3d 653, 638 (4th Dist. 1971).

*Defendant breached. I was a customer.*

## PERSONAL INJURY TORT

Three elements must be established in every tort action. First, the plaintiff must establish that the defendant was under a legal duty to act in a particular fashion.
*Plaintiff satisfied all three elements. What's more, Plaintiff suffered bruises, darkened skin on her face and neck. She also suffered rashes because of undue stress*

**COMPLAINT**  3  AMANDA U. LEVY

*stemming from Defendant's mal conduct.*

## FEDERAL QUESTION

Your Honor, Plaintiff is disabled under the American Disability Act. She has a physical impairment which limits one or more major life activities. She has problems with walking, standing, running, hearing, driving, aging etc. When she was two years old, she fell down and injured the center of her head. It was split into two. She could not grow past 8 years old. It was not until she became pregnant with her son she grew. He gave her stem cells. Since his birth, she stopped growing. He has outgrown her. Sometimes, she walks with a cane. She drives about twenty-five miles an hour on the streets and freeways. She can't age without her children. Given that she drives about twenty miles an hour, Dr. Mark Schwartz issued her a permanent disabled placard. It renews automatically every two years.

## DIVERSITY

Diversity jurisdiction is currently codified at **28 U.S.C. § 1332**

(a) The district courts shall have original jurisdiction of all
(b) civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between –
(c) citizens of different States;
(d) Diversity arises because the amount ($2,000.000.00) exceeds $75,000.

This court has proper subject matter jurisdiction. Plaintiff resides in California while Defendant in Arkansas. Since Defendant is a corporation, this suit belongs in the federal court. Plus, Plaintiff has a physical disability (Federal Question). And $2,000,000 exceeds $75,000.

## PRAYER FOR RELIEF

Plaintiff would like to be compensated for undue stress, pains and sufferings related to her personal injuries, medical expenses, permanent damage to her body, embarrassment, humiliation and discrimination based upon national origin and disability for two million dollars. Furthermore, Plaintiff would like to request future medical treatment for her injuries. What's more, Plaintiff has been further injured by loss of her reputation, lost wages and earning capacity. These acts were malicious and oppressive, justifying an additional award of punitive damages so that defendants will not engage in such conduct in the future and make an example of her. For such other and further relief as the court may deem just and proper. Some of the money will be donated to children' organizations. Plaintiff has donated many of her valuable personal belongings (One huge Yahama piano, three electrical piano, furniture, my son's desktop computer, one printer, thousands of clothes, hundreds of shoes, one refrigerator, one microwave, hundreds of movie tapes, just to name a few) to children in California, Maryland, Texas, Massachusetts and New York. Thank you, Your Honor.

Amanda U. Levy
Enclosures: Proof of Physical Disability, IFP, Cover Sheet, and Summons.

**COMPLAINT**

AMANDA U. LEVY

4



***CUSTOMER RECEIPT COPY***                              EXPIRES: 06/30/2013

*** D I S A B L E D   P E R S O N   P L A C A R D ***

                                                         DATE ISSUED: 12/05/12

PLACARD NUMBER: F764312   PIC: 1   TV: 92
                                                              MO/YR: TZ
LEVY
AMANDA UCHE                                         DT FEES RECVD: 12/05/12
9663 SANTA MONICA BLVD
#1064                                               AMT DUE         : NONE
                                                    AMT RECVD - CASH :
BEVERLY HILLS                                                 - CHCK :
CA            90210                                           - CRDT :

          CO: 19


           H00   617 C3 0000000 0011 CS   H00 120512 N1   F764312


        DEPARTMENT  OF  MOTOR  VEHICLES  PLACARD IDENTIFICATION CARD

THIS IDENTIFICATION CARD OR FACSIMILE COPY IS TO BE CARRIED BY THE PLACARD
OWNER. PRESENT IT TO ANY PEACE OFFICER UPON DEMAND. IMMEDIATELY NOTIFY DMV
BY PHONE OR MAIL OF ANY CHANGE OF ADDRESS. WHEN PARKING, HANG THE PLACARD
FROM THE REAR VIEW MIRROR. REMOVE IT WHEN DRIVING.

PLACARD#:                    PLACARD HOLDER:  AJULUC AMANDA UCHE
EXPIRES:   06/30/2013                         9663 SANTA MONICA BLVD
DOB:                                          #1064
ISSUED:    12/05/12
TYPE:      N1                                 BEVERLY HILLS
                                              CA              90210

PURCHASE OF FUEL (BUSINESS & PROFESSIONS CODE 13660):
STATE LAW REQUIRES SERVICE STATIONS TO REFUEL A DISABLED PERSON'S VEHICLE
AT SELF-SERVICE RATES, EXCEPT SELF-SERVICE FACILITIES WITH ONLY ONE CASHIER.

WHEN YOUR PLACARD IS PROPERLY DISPLAYED, YOU MAY PARK IN/ON:
*DISABLED PERSON PARKING SPACES (BLUE ZONES) *STREET METERED ZONES WITHOUT
PAYING *GREEN ZONES WITHOUT RESTRICTIONS TO TIME LIMITS *STREET WHERE
PREFERENTIAL PARKING PRIVILEGES ARE GIVEN TO RESIDENTS AND MERCHANTS.

YOU MAY NOT PARK IN/ON: *RED ZONES *TOW AWAY ZONES *WHITE OR YELLOW ZONES
*SPACES MARKED BY CROSSHATCH LINES NEXT TO DISABLED PERSON PARKING SPACES.

IT IS CONSIDERED MISUSE: *TO DISPLAY A PLACARD UNLESS THE DISABLED OWNER
IS BEING TRANSPORTED *TO DISPLAY A PLACARD WHICH HAS BEEN CANCELLED OR
REVOKED *TO LOAN YOUR PLACARD TO ANYONE, INCLUDING FAMILY MEMBERS.
MISUSE IS A MISDEMEANOR (SECTION 4461VC) AND CAN RESULT IN CANCELLATION OR
REVOCATION OF THE PLACARD. LOSS OF PARKING PRIVILEGES. AND/OR FINES.

Amanda U. Levy
General Delivery
Sacramento, CA 95812



U.S. POSTAGE
PAID
SACRAMENTO, CA
95814
FEB 27, 13
AMOUNT
$0.20
00091752-28
USA FIRST-CLASS FOREVER

Clerk, U.S. District Court
35 East Mountain
Fayetteville, Arkansas 72701