IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

AMANDA U. LEVY                                                              PLAINTIFF

v.                              Case No. 13-5046

WAL-MART STORES, INC.                                                      DEFENDANT

### ORDER

Now on this 13th day of November 2013, there comes on for consideration the report and recommendation filed herein on October 10, 2013, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. (Doc. 40). No objections have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Dismiss (doc. 18) is GRANTED and Plaintiff's claims pursuant to federal law are DISMISSED WITH PREJUDICE on the grounds that the claims are frivolous and/or fail to state claims on which relief can be granted.  *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time). Plaintiff's IFP status is revoked, and her remaining state law claims are DISMISSED WITHOUT PREJUDICE. Plaintiff may refile those claims upon payment of the $400.00 filing fee. The U.S. District Clerk is directed not to accept any further cases from Plaintiff Levy without payment of the $400.00 filing fee with the Complaint.

```
        IT IS SO ORDERED.


                                        /s/  Robert  T.  Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge
```